**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| CHARLES KEOHOKALOLE, | ) | |
| Petitioner, | ) | 2:10-cv-0859-KJD-LRL |
| vs. | ) | |
| | ) | **ORDER** |
| WARDEN WILLIAMS, *et al.*, | ) | |
| Respondents. | ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. Before the court are respondents' motion for an extension of time in which to file an answer (ECF No. 24), and petitioner's motion for an extension of time in which to file a reply (ECF No. 26.)

Good cause appearing, both motions are **GRANTED.** Respondents' answer filed June 20, 2011, will be considered timely filed. Petitioner is granted to and including October 17, 2011, to file a response to the petition.

DATED: July 19, 2011

_____
UNITED STATES DISTRICT JUDGE